# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

CIVIL NO. 5:04CV167

| | |
|---|---|
| ERIC LAWRENCE CALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| MARVIN POLK, Warden, Central ) | |
| Prison, Raleigh, North Carolina, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's motions for an evidentiary hearing, for leave to conduct depositions, and to hold the case in abeyance.

On review of the motions, the Court finds that Respondent should file response to the motions.

**IT IS, THEREFORE, ORDERED** that the Respondent file response to the above enumerated motions on or before July 5, 2005.

**Signed: June 14, 2005**

Lacy H. Thornburg
United States District Judge