**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

**CIVIL NO.  5:04CV167**

| | | |
|---|---|---|
| **ERIC LAWRENCE CALL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **MARVIN POLK, Warden, Central** | ) | |
| **Prison, Raleigh, North Carolina,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Petitioner's second motion to hold the case in abeyance pending the Supreme Court's decision in *Oregon v. Guzek*.

On review of the motion, the Court finds that Respondent should file response.

**IT IS, THEREFORE, ORDERED** that the Respondent file response to the above motion on or before July 15, 2005.

**Signed: July 5, 2005**

Lacy H. Thornburg
United States District Judge