# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:04CV167

| | |
|---|---|
| ERIC LAWRENCE CALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **J U D G M E N T** |
| ) | |
| MARVIN POLK, Warden, Central ) | |
| Prison, Raleigh, North Carolina, ) | |
| ) | |
| Respondent. ) | |
| ) | |

For the reasons set forth in the Memorandum of Opinion filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Respondent's motion for summary judgment is **ALLOWED**, the Petitioner's motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: September 22, 2006

Lacy H. Thornburg
United States District Judge