# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:04CV167

| | |
|---|---|
| ERIC LAWRENCE CALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| MARVIN POLK, Warden, Central ) | |
| Prison, Raleigh, North Carolina, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for a certificate of appealability.

For the same reasons as set forth in the Memorandum of Opinion denying relief, the Court does not find the Petitioner has been denied a constitutional right or that he has raised issues over which reasonable jurists would debate or disagree.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for a certificate of appealability is hereby **DENIED**.

Signed: December 28, 2006

Lacy H. Thornburg
United States District Judge